ACCEPTED
03-15-00341-CV
7416715
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:23:56 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00341-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:23:56 PM
JEFFREY D. KYLE
Clerk

## Antioch St. Johns Cemetery Company d/b/a American Memorial Park, Grand Prairie, Texas; Gerald Weatherall; and Beverly Randall-Weatherall,
*Appellants,*

**v.**

## Texas Department of Banking Commissioner,
*Appellee.*

On Appeal from the 261st Judicial District Court, Travis County Texas
Trial Court Case No. D-1-GN-14-000367

## Unopposed Motion to Extend Time to File Appellee's Brief

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

LESLI G. GINN
Division Chief ,
Financial Litigation and
Charitable Trusts Division

ANN HARTLEY
Attorney in Charge
State Bar No. 09157700
Office of the Attorney General
Financial Litigation and
    Charitable Trusts Division
PO Box 12548, MC 017
Austin, TX 78711-2548
Tel:  (512) 936-1313
Fax: (512) 477-2348
ann.hartley@texasattorneygeneral.gov

COUNSEL FOR APPELLEE

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee, the Texas Department of Banking Commissioner, files this Unopposed Motion to Extend Time to File Appellee's Brief.

Appellee's brief is due on November 6, 2015.

Counsel for Appellee requests a 31-day extension of time to file its brief, making the brief due on Monday, December 7, 2015. This is the first request for extension of time to file the opening brief.

Appellee needs additional time to file its brief because of the press of business due to multiple case-related deadlines.

The undersigned has conferred with Appellants' counsel, and he does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed Motion to Extend Time to File Appellee's

Brief and extend the deadline for filing Appellee's Brief up to and including December 7, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

LESLI G. GINN
Division Chief, Financial Litigation and
Charitable Trusts Division

*/s/ Ann Hartley*
ANN HARTLEY
Lead Attorney
State Bar No. 09157700
Financial Litigation and
  Charitable Trusts Division
P.O. Box 12548, MC 017
Austin, TX 78711-2548
Telephone: (512) 936-1313
Facsímile: (512) 477-2348
ann.hartley@texasattorneygeneral.gov
***Counsel for Appellee***

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Appellants' counsel, and he does not oppose this motion.

/s/ Ann Hartley

ANN HARTLEY
Assistant Attorney General
Counsel for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this ***Unopposed Motion to Extend Time to File Appellee's Brief*** was sent by electronic service this 16th day of October, 2015, to counsel for Appellants, as follows:

Kevin S. Wiley, Jr.
LAW OFFICES OF KEVIN S. WILEY, JR.
325 N. St. Paul St., Ste. 4400
Dallas, Texas 75201
kevinwiley@lkswjr.com
***Counsel for Appellants***

/s/ Ann Hartley

ANN HARTLEY
Assistant Attorney General
Counsel for Appellant